NOTICE: NOT FOR PUBLICATION.
UNDER ARIZONA RULE OF THE SUPREME COURT 111(c), THIS DECISION DOES NOT CREATE
LEGAL PRECEDENT AND MAY NOT BE CITED EXCEPT AS AUTHORIZED.

IN THE

# ARIZONA COURT OF APPEALS
## DIVISION ONE

STATE OF ARIZONA, *Respondent,*

*v.*

ENRIQUE TORRES CHAIREZ, *Petitioner.*

No. 1 CA-CR 12-0821 PRPC

FILED 07-31-2014

Petition for Review from the Superior Court in Maricopa County
No. CR2001-014933
The Honorable Edward Bassett, Judge

**REVIEW GRANTED; RELIEF DENIED**

COUNSEL

Maricopa County Attorney's Office, Phoenix
By Diane Meloche
*Counsel for Respondent*

Enrique Torres Chairez, Tucson
*Petitioner*

---

**MEMORANDUM DECISION**

---

Presiding Judge Lawrence F. Winthrop, Judge Kenton D. Jones and Judge Samuel A. Thumma delivered the following decision.

---

**PER CURIAM**:

**¶1**　　　　Petitioner Enrique Torres Chairez petitions this court for review from the dismissal of his notice of post-conviction relief. Presiding Judge Lawrence F. Winthrop and Judges Kenton D. Jones and Samuel A. Thumma have considered the petition for review and, for the reasons stated, grant review and deny relief.

**¶2**　　　　A jury convicted Chairez of possession of narcotic drugs for sale, possession or use of marijuana, escape and two counts of misconduct involving weapons. The trial court sentenced him to an aggregate term of 15.75 years' imprisonment and we affirmed his convictions and sentences on direct appeal. *State v. Chairez*, 1 CA-CR 02-0756 (Ariz. App. Jul. 10, 2003) (mem. decision). Chairez now seeks review of the summary dismissal of his fourth successive notice of post-conviction relief. We have jurisdiction pursuant to Arizona Rule of Criminal Procedure 32.9(c).

**¶3**　　　　We deny relief. While the petition for review presents several issues, Chairez did not raise any of those issues in the notice of post-conviction relief he filed below. A petition for review may not present issues not first presented to the trial court. *State v. Bortz*, 169 Ariz. 575, 577, 821 P.2d 236, 238 (App. 1991); *see* Ariz. R. Crim. P. 32.9(c)(1)(ii).

**¶4**　　　　We grant review and deny relief of Chairez's petition for review.

